UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DARRYL LEE WRIGHT, | CASE NO. C19-5254RBL |
| Petitioner, | ORDER |
| v. | |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

THIS MATTER is before the Court on Magistrate Judge Fricke's Report and Recommendation [Dkt. # 14], recommending that the Court deny petitioner's 28 U.S.C. § 2241 petition. The Court has also reviewed Petitioner Wright's objection [Dkt. # 15].

(1) The Magistrate Judge's Report and Recommendation is **ADOPTED**;

(2) Petitioner Wright's 28 U.S.C. § 2241 petition [Dkt. 6] is **DENIED** and **DISMISSED** with prejudice; and

(3) The Court will NOT issue a Certificate of Appealability.

1    (4) The Clerk is directed to send copies of this Order to petitioner, to Magistrate Judge

2  Fricke and to any other party that has appeared in this action.

3    IT IS SO ORDERED.

4    Dated this 1st day of July, 2019.

5

6    _____
     Ronald B. Leighton

7    United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24